# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br>　　Petitioner,<br>vs.<br>GENTRY, et al.,<br>　　Respondents. | Case No. 2:17-cv-01041-JAD-GWF<br><br>**ORDER**<br>[ECF No. 7] |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 7), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) **[ECF No. 7] is GRANTED**. Respondents have through and including January 11, 2018, to file a response to the petition for a writ of habeas corpus (ECF No. 5).

DATED: November 29, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　United States District Judge