# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| De'Marian A. Clemons,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:17-cv-01041-JAD-GWF<br><br>**Order Extending Time**<br><br>[ECF No. 9] |

In this habeas corpus action, respondents had an original deadline of November 27, 2017, to respond to De'Marian Clemons's petition.[1] That deadline was extended to January 11, 2018, giving respondents 45 additional days to respond.[2] Counsel for the respondents now requests 45 more days because she inherited approximately 20 new cases from retired co-workers, has an immense active case load, and does not yet have the complete state-court record.[3] I find that this motion is made in good faith and not solely for the purpose of delay.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that respondents' second motion for an enlargement of time **[ECF No. 9] is GRANTED**. The respondents now **have until February 26, 2018, to respond** to Clemons's petition. Counsel is cautioned that her workload will likely not warrant a third continuance.

DATED: January 16, 2018.

                                                  _____
                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.

[2] *Id.*

[3] ECF No. 9.