# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| De'Marian A. Clemons,<br><br>    Petitioner<br><br>v.<br><br>Gentry, et al.,<br><br>    Respondents | 2:17-cv-01041-JAD-GWF<br><br>**Order Extending Time**<br><br>[ECF No. 12] |

       This is respondents' third request for a time extension to answer pro se petitioner De'Marian Clemons's petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] The original deadline to respond was November 27, 2017, and was extended 90 days to February 26, 2018. Respondents' counsel represented on both occasions that she had inherited a tremendous case load from retired co-workers, had a preexisting heavy case load, and was still waiting to receive the complete state-court record. I granted her request, but I cautioned her that her workload challenges would likely not warrant a third continuance.

       Respondents' counsel continues to represent that she has been completely inundated by her immense workload, has not had an opportunity to review the state-court record—which she received three weeks ago—and that she needs 30 more days to answer Clemons's petition. Although I told her that a third continuance on these bases would be unlikely, she represents that at least four of her inherited cases "are significantly older than this one[] and required immediate attention, which [she] did not anticipate at the time of [her] prior request."[2] In light of these unanticipated challenges, I find that respondents' third request is made in good faith and not solely for the purpose of delay.

       Accordingly, good cause appearing, IT IS HEREBY ORDERED that respondents'

---

[1] *See* ECF Nos. 7 (first request), 9 (second request), and 12 (third request).

[2] ECF No. 12 at 3.

motion for an extension of time (third request) **[ECF No. 12] is GRANTED**. Respondents now have **until March 28, 2018, to answer Clemons's petition.** Counsel is advised, however, that **I will NOT grant a fourth continuance absent EXCEPTIONAL circumstances**.

DATED: March 1, 2018.

_____
U.S. District Judge Jennifer A. Dorsey