# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DE'MARIAN A. CLEMONS,

    Petitioner,

vs.

GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01041-JAD-GWF

**Order Denying Motions**

[ECF Nos. 14, 15]

    Pro se plaintiff and Nevada state prisoner De'Marian A. Clemons brings this petition for writ of habeas corpus to challenge his 2014 state-court conviction. Clemons has filed a motion for default and for the court to grant his habeas petition because the respondents failed to respond to it.[1] Default judgment does not exist in federal habeas corpus.[2] Even if it did, Clemons would not be entitled to this relief because the court extended the respondents' deadline to respond to March 28, 2018.[3] And they filed their motion to dismiss a week before that deadline ran.[4]

    IT IS THEREFORE ORDERED that petitioner's motion for default **[ECF No. 14]** and to grant his habeas petition **[ECF No. 15] are DENIED**.

    DATED: March 29, 2018

                                                JENNIFER A. DORSEY
                                               United States District Judge

---

[1] ECF Nos. 14, 15. This single document has been docketed as two separate motions.

[2] *Gordon v. Duran*, 895 F.2d 612 (9th Cir. 1990).

[3] *See* ECF No. 13.

[4] *See* ECF No. 17.