# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>    Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>    Respondents | Case No.: 2:17-cv-01041-JAD-EJY<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 41] |

    Petitioner Clemons brings this pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his inability to earn work credits. Respondents' response to the petition was due January 28, 2021, and respondents moved on that date to extend that deadline to April 13, 2021, because of deadlines in other cases.[1] Good cause appearing,

    **IT IS ORDERED** that respondents' motion for extension of time **[ECF No. 41] is GRANTED. Respondents' deadline to file an answer or other response to the petition is extended to April 13, 2021.**

    Dated: February 1, 2021

                                                              _____
                                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 41.